IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELANIE MASON, DOLORES MASON, | § § § | |
| *Plaintiffs,* | § § | SA-21-CV-00368-ESC |
| vs. | § § | |
| HELPING OUR SENIORS, LLC, | § § | |
| *Defendant.* | § § | |

# **FINAL JUDGMENT**

The record reflects that, following a bench trial, this Court entered its Findings of Fact and Conclusions of Law on October 13, 2022, concluding that Defendant Helping Our Seniors, LLC, is liable to Plaintiffs Melanie Mason and Dolores Mason for retaliatory discharge under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a). In accordance with these findings,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Melanie Mason shall recover from Defendant Helping Our Seniors, LLC, $2,080.00 as lost wages, $10,000.00 in compensatory damages, and $5,000.00 in punitive damages.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Dolores Mason shall recover from Defendant Helping Our Seniors, LLC, $51,802.00 in lost wages, $10,000 in compensatory damages, and $5,000.00 in punitive damages.

**IT IS FURTHER ORDERED** that Plaintiffs Melanie and Dolores Mason are awarded costs of courts in the amount of $2,709.95.

1

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue on all amounts awarded at the rate of 4.15 percent per annum until the judgment is paid in full.

**IT IS FURTHER ORDERED** that Plaintiffs Melanie Mason and Dolores Mason are entitled to enforce this judgment through abstract, execution, and any other process necessary.

The Court will separately enter an order awarding Plaintiffs Melanie and Dolores Mason attorneys' fees and litigation expenses at a later date.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.  This is a final appealable judgment.  All relief not granted herein is denied.

SIGNED this 31st day of October, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE